**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MARY KAY INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:17-CV-2636-G** |
| | § | |
| **SELLMIAMI ONLINE, LLC, a Florida** | § | |
| **Limited Liability Company, d/b/a** | § | |
| **"SELLMIAMI" and JOHN DOES 1-10,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Mary Kay Inc. and Defendant SellMiami Online, LLC (collectively the "Parties") hereby file their Joint Stipulation of Dismissal. As a result of the settlement reached by the Parties, the Parties hereby dismiss their respective claims with prejudice.

Date: December 1, 2017

Respectfully submitted,

*/s/ Christopher J. Schwegmann*
Christopher J. Schwegmann
State Bar No. 24051315
cschwegmann@lynnllp.com
**LYNN PINKER COX & HURST, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 – Telephone
(214) 981-3829 – Facsimile

***Attorney for Plaintiff
Mary Kay Inc.***

/s/ *Kenneth P. Kula*_____

Kenneth P. Kula
State Bar No. 24004749
Ken.Kula@BJCIPLaw.com
**BEUTHER JOE & CARPENTER, LLC**
1700 Pacific Avenue, Suite 4750
Dallas, Texas 75201
(214) 730-5660 – Telephone
(972) 707-1248 – Facsimile

*Attorney for Defendant SellMiami Online, LLC*

## CERTIFICATE OF SERVICE

On December 1, 2017, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I will serve the parties individually or through their counsel of record, electronically, or by other means authorized by the Court or the FEDERAL RULES OF CIVIL PROCEDURE.

*/s/ Christopher J. Schwegmann*
Christopher J. Schwegmann